IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JULIAN ANACLETO<br>MANJARREZ-SANCHEZ and<br>JUAN MANJARREZ-SANCHEZ,<br><br>        Defendants. | 8:15CR134<br><br>**ORDER** |

This matter comes on before the Court upon the United States's Amended Motion to Dismiss Forfeiture and Motion to Vacate Preliminary Order of Forfeiture (Filing No. 93). The Court reviews the record in this case and, being duly advised in the premises, finds the United States's motions should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States's Amended Motion to Dismiss Forfeiture and Motion to Vacate Preliminary Order of Forfeiture is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 91) is vacated and the Forfeiture Allegation of the Indictment (Filing No. 31) is hereby dismissed.

Dated this 18th day of December, 2015.

BY THE COURT:

    s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge